# Court of Appeals
# of the State of Georgia

ATLANTA,  June 16, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1571. DARIUS TERRY v. BRIAN ADAMS.**

After a jury trial, Darius Terry was found guilty of aggravated assault, robbery, and obstructing an officer. We affirmed Terry's conviction on appeal. See *Terry v. the State*, Case No. A16A1395 (decided Aug. 2, 2016). In January 2022, Terry filed a petition for writ of habeas corpus, which the trial court dismissed. Terry then filed a notice of appeal in this Court.

Under our Constitution, the Supreme Court has exclusive appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4). Accordingly, we hereby TRANSFER this appeal to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/16/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*